# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR OSEGUERA-MARTINEZ,<br>  aka SALVADOR OSEGURA-MARTINEZ,<br>  aka SALVADOR OSEGURA,<br>  aka SALVADOR MARTINEZ,<br>  aka SALVADOR OSEGURAMARTINEZ,<br>  aka SALVADOR MARTINEZOSEGURA,<br><br>Defendant. | Case No. 2:20-mj-00401-NJK<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |



Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on June 1, 2020 at the hour of 4:00 p.m., be vacated and continued to August 17, 2020 at the hour of 4:00pm.

DATED this 18 day of May, 2020.

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE